**PROPOSED ORDER**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Geneseas Holdings US LLC, <br><br>                  Debtor. | Chapter 7 <br><br> Case No. 22-10595 (CTG) <br><br> **Hearing Date: To Be Heard With TFR** <br> **Objection Deadline: TBD** |
| In re: <br><br> Tropical Aquaculture Products, Inc., <br><br>                  Debtor. | Chapter 7 <br><br> Case No. 22-10596 (CTG) |

**ORDER GRANTING FIRST & FINAL FEE APPLICATION OF
CHIPMAN BROWN CICERO & COLE, LLP, ATTORNEYS FOR
DAVID W. CARICKHOFF, CHAPTER 7 TRUSTEE, FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
NOVEMBER 16, 2023 THROUGH FEBRUARY 27, 2025**

Upon consideration of the First & Final Fee Application of Chipman Brown Cicero & Cole, LLP ("CBCC"), Attorneys for David W. Carickhoff, Chapter 7 Trustee ("Trustee") for Compensation and Reimbursement of Expenses for the Period November 16, 2023 Through February 27, 2025 (the "Fee Application") pursuant to section 330(a) and 331 of title 11 of the United States Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for interim allowance of compensation and reimbursement of expenses for the period from November 16, 2023 through February 27, 2025 (the "Application Period"), and the Court having reviewed the Fee Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fee Application, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fee Application, it is hereby

ORDERED, that the Fee Application is granted on a final basis; and it is further

2

ORDERED, that the Fee Application is granted on a final basis as set forth herein; and it is further

ORDERED, that Chipman Brown Cicero & Cole, LLP is awarded compensation in the amount of $4,820.50 for professional services rendered and $87.79 for costs and expenses incurred during the Application Period; and it is further

ORDERED, that the amounts awarded shall be paid by the Trustee consistent with the Order of Distribution approved in these cases; and it is further

ORDERED, that the unpaid amounts awarded shall be paid by the Trustee consistent with the Order of Distribution approved in these cases.